Simon KARAPETYAN, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–73816.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2013.*

Filed May 20, 2013.

Simon Karapetyan, Glendale, CA, pro se.

Oil, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los An-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

geles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

MEMORANDUM **

Simon Karapetyan, a native of the former Soviet Union and citizen of Armenia, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for an abuse of discretion the BIA's denial of a motion to reconsider, *Cano–Merida v. INS,* 311 F.3d 960, 964 (9th Cir.2002), and we deny the petition for review.

The BIA did not abuse its discretion in denying Karapetyan's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order denying his motion to reopen as untimely. *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).